IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VALENTIN CELESTINO, | | |
| | Petitioner, | No. 2:10-cv-03299 KJN P[1] |
| vs. | | |
| NANCY ALCANTAR, et al., | | <u>STIPULATION AND</u> |
| | Respondents. | <u>ORDER RE:  DISMISSAL</u> |
| _____/ | | |

     On February 15, 2011, petitioner appeared before an Immigration Judge and was granted relief from removal in the form of cancellation of removal.  On February 16, 2011, he was released from Immigration and Customs Enforcement custody.  As petitioner has been released from custody, his habeas corpus petition is now moot, and the parties stipulate to

////
////
////
////
////

---

[1] This action is referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), Local General Order No. 262, and E.D. Cal. L.R. ("Local Rule") 302.

1

dismissal of this action.

DATED: February 17, 2011

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney
 /s/ Audrey B. Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for Respondents


/s/ Katherine Lewis
KATHERINE LEWIS
Law Office of Robert B. Jobe
Attorney for Petitioner

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that this case is dismissed.

IT IS SO ORDERED.

DATED: February 17, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE